No. 89–901. W. R. GRACE & CO.-CONN. v. DEPARTMENT OF REVENUE OF MONTANA ET AL. Sup. Ct. Mont. Motion of Committee on State Taxation of the Council of State Chambers of

Commerce et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.